ROBERT J. COSGROVE, ESQ.
rcosgrove@wcmlaw.com (E-Mail)
Attorney ID # 005222005
Wade Clark Mulcahy LLP
955 South Springfield Avenue, Suite 100
Springfield, New Jersey 07081
(973) 258-1700
Our File No.: 827.16116                    *Attorneys for Defendant Delvepoint, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and and ABC COMPANIES 1--0, fictitious names of unknown entitites,<br><br>DEFENDANTS. | Civil Action No.  24-cv-04096 |

<u>**CORPORATE DISCLOSURE STATEMENT (RULE 7.1)**</u>

The undersigned counsel for Defendant, DELVEPOINT, LLC certifies that DELVEPOINT, LLC. is a privately held Florida Limited Liability Company with no corporate parents or affiliates with its headquarters located at 1709 HERMITAGE BLVD STE 101, TALLAHASSEE, FL 32308 and that no publicly traded corporation owns 10% or more of its stock.

Dated: Springfield,  NJ

March 22, 2024

                                      WADE CLARK MULCAHY LLP

                                      */s/Robert J. Cosgrove*

                                      _____

                                      Robert J. Cosgrove,  Esq.