UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>   PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and and ABC COMPANIES 1--0, fictitious names of unknown entities,<br><br>   DEFENDANTS. | Civil Action No. 24-cv-04096-HB |

**NOTICE OF APPEARANCE AS COUNSEL**

Please enter the appearance of the undersigned as co-counsel of record for DELVEPOINT, LLC the above-named defendant/appellee.

Dated: Springfield, NJ
   April 17, 2024

                WADE CLARK MULCAHY LLP

                */s/ Brian T. Noel*
                _____
                By:  Brian T. Noel, Esq.
                Attorneys for Defendant Delvepoint, LLC
                955 South Springfield Avenue, Suite 100
                Springfield, NJ 07081
                267.665.0743
                WCM No.: 827.16116