**WADE CLARK MULCAHY LLP** | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

May 6, 2024

*Via ECF and E-MAIL*
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106



**Re:   May 7, 2024 Case Management Conference and Stayed Motion to Dismiss**

Dear Judge Bartle:

We represent defendant Delvepoint, LLC ("Delvepoint") in the Daniel's Law cases assigned to your Honor. We write prior to tomorrow's case management conference to set forth Delvepoint's position, which we believe is unique to the defendants.

By way of background, Delvepoint was served with the complaint filed in the Supreme Court of New Jersey, Morris County, on February 26, 2024. Undersigned counsel was retained on March 7, 2024. Thereafter, Delvepoint timely removed the case to federal court on both diversity and constitutional grounds on Friday, March 22, 2024. On Monday, March 25, 2024, Delvepoint filed its Rule 12(b)(6) Motion to Dismiss on the basis that, while noble in its intent, as written, Daniel's Law is unconstitutional because it violates both Delvepoint's First Amendment right to commercial free speech and Fourteenth Amendment right to due process. Delvepoint notified the New Jersey Attorney General's office of its constitutional challenge on March 28, 2024. Delvepoint's motion was originally scheduled for submission on May 6, 2024, a deadline that was mooted by your Honor's April 8, 2024 stay.

Delvepoint recognizes the importance and impact of the various constitutional challenges to Daniel's Law that other defendants at this case management conference will likely submit via various consolidated and opening briefs in the coming weeks. Delvepoint further recognizes, given the number of defendants in front of this Court, that the facial constitutional challenges argued in said briefs may either agree with, partially agree with, or otherwise focus on different aspects of the constitutionality of Daniel's Law not set forth in Delvepoint's Motion to Dismiss.

In the interests of judicial economy and legal consistency, while Delvepoint will not be joining in the proposed briefing schedule proposed by many of the other defendants, Delvepoint does not object to that briefing schedule applying to Delvepoint's pending motion.

We thank your Honor for your consideration of Delvepoint's position.

The Honorable Havery J. Bartle III, U.S.D.J.
May 6, 2024
Page 2 of 2

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.

cc.     Rajiv Parikh, Esq.