UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                    **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #**   CV 24-4096 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
            v.
 DELVEPOINT, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  2:16 PM                    Time Adjourned:  2:18 PM

Total:  2 min.

                                            s/ *David Bruey*
                                            **DEPUTY CLERK**