Rebekah Conroy
Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
John Paul Schnapper-Casteras *
SCHNAPPER-CASTERAS PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(202) 630-3644
jpsc@schnappercasteras.com
* *Pro hac vice pending*

*Attorneys for Amicus National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>  PLAINTIFFS,<br><br>vs. | Civil Action No. 24-cv-04096-HB |

DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and ABC COMPANIES 1--0, fictitious names of unknown entities,

    DEFENDANTS.

## NOTICE OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

PLEASE TAKE NOTICE that upon the accompanying certification of Rebekah Conroy in support of this motion, the National Association of Assistant United States Attorneys (NAAUSA), the New Jersey State Policemen's Benevolent Association, Inc. (NJSPBA), and the National Association of Police Organizations (NAPO) seek leave to file a brief as *amicus curiae* and request that the proposed brief that accompanies this motion be filed in the above-captioned matter.

Respectfully submitted,

Dated: August 1, 2024

/s/ Rebekah Conroy
Rebekah Conroy
Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
John Paul Schnapper-Casteras *
Schnapper-Casteras PLLC
745 Fifth Avenue, Suite 500

New York, NY 10151  
(202) 630-3644  
jpsc@schnappercasteras.com  
\* Pro hac vice pending