Rebekah Conroy
Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
John Paul Schnapper-Casteras *
Schnapper-Casteras PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(202) 630-3644
jpsc@schnappercasteras.com
* *Pro hac vice pending*

*Attorneys for Amicus National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and ABC COMPANIES 1--0, fictitious names of unknown entities,<br><br>DEFENDANTS. | Civil Action No. 24-cv-04096-HB<br><br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, pursuant to L. Civ. R. 101.1(c), the undersigned, attorneys for Amicus National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations, on notice to all parties, shall move before the Honorable Harvey Bartle III, U.S.D.J. of the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order admitting *pro hac vice* John Paul Schnapper-Casteras of the law firm Schnapper Casteras.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Amicus shall rely on the accompanying Certifications of Rebekah R. Conroy, Esq. and John Paul Schnapper-Casteras. A proposed form of Order is submitted herewith.

## LOCAL CIVIL RULE 7.1 STATEMENT

The undersigned hereby certifies that, to the best of her knowledge, no brief or memorandum of law is necessary in support of the within motion as the issues raised involve no complicated issues of law.

/s/ Rebekah R. Conroy
Rebekah R. Conroy, Esq.
rconroy@stoneconroy.com
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Telephone: (973) 400-4181
Facsimile: (973) 498-0070

Dated: August 1, 2024

*Attorneys for Amicus National Association of Assistant United States Attorneys and the New Jersey State Policemen's Benevolent Association, Inc. and the National Association of Police Organizations*