Rebekah Conroy
Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
John Paul Schnapper-Casteras *
SCHNAPPER-CASTERAS PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(202) 630-3644
jpsc@schnappercasteras.com
* *Pro hac vice pending*

*Attorneys for Amicus National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>    PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and ABC COMPANIES 1--0, fictitious names of unknown entities,<br><br>    DEFENDANTS. | Civil Action No. 24-cv-04096-HB<br><br><br><br>**ORDER ADMITTING COUNSEL**<br>***PRO HAC VICE*** |

**THIS MATTER** having come before the Court upon application of Stone Conroy LLC,

attorneys for Amicus National Association of Assistant United States Attorneys. the New Jersey

State Policemen's Benevolent Association, Inc, and the National Association of Police Organizations, for the entry of an Order granting *pro hac vice* admission to John Paul Schnapper-Casteras, Esq. of Schnapper-Casteras PLLC, on notice to all counsel, through counsel, and the Court having considered the application, and for good cause shown:

**IT IS** on this __7th__ day of __August__, 2024,

**ORDERED** that John Paul Schnapper-Casteras, Esq.is hereby admitted *pro hac vice* to appear and participate as co-counsel for Amicus in this matter pursuant to L. Civ. R. 101.1 of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that John Paul Schnapper-Casteras, Esq. shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that John Paul Schnapper-Casteras, Esq. shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that John Paul Schnapper-Casteras, Esq. shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that John Paul Schnapper-Casteras, Esq.  shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Rebekah R. Conroy, Esq. or her partners or associates as the attorneys of record in this matter pursuant to L. Civ. R. 101.1(c)(3).

**SO ORDERED**.

/s/ Harvey Bartle III  
Honorable Harvey Bartle, III, U.S.D.J.