ROBERT J. COSGROVE, ESQ.
rcosgrove@wcmlaw.com (E-Mail)
Attorney ID # 005222005
Wade Clark Mulcahy LLP
955 South Springfield Avenue, Suite 100
(973) 258-1700
Our File No.: 827. 16116                                    *Attorneys for Defendant Delvepoint, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and and ABC COMPANIES 1--0, fictitious names of unknown entities,<br><br>DEFENDANTS. | Civil Action No. 1:24-cv-04096-HB |

### **AMENDED CORPORATE DISCLOSE STATEMENT**

The undersigned counsel for Defendant, DELVEPOINT, LLC, hereby submits this Amended Corporate Disclosure Statement pursuant to Rule 7.1, and certifies that DELVEPOINT, LLC. is a privately held Florida Limited Liability Company, with its headquarters located at 1709 HERMITAGE BLVD STE 101, TALLAHASSEE, FL 32308 and that no publicly traded corporation owns 10% or more of its stock. DELVEPOINT, LLC further certifies it has a parent company UTD GROUP, LLC that owns more than 10% of DELVEPOINT, LLC's stock. UTD

GROUP, LLC has headquarters also located at 1709 HERMITAGE BLVD STE 101, TALLAHASSEE, FL 32308 and is a privately held Florida Limited Liability Company. All members of both DELVEPOINT, LLC and UTD GROUP, LLC are Florida residents.

Dated: Springfield, NJ
September 9, 2024

                                        WADE CLARK MULCAHY LLP

                                        */s/ Robert J. Cosgrove*

                                        _____
By:  Robert J. Cosgrove, Esq.
Attorneys for Defendant Delvepoint, LLC
955 South Springfield Avenue, Suite 100
Springfield, NJ 07081
267.665.0743
WCM No.: 827.16116