IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DELVEPOINT, LLC, et al. | : | NO. 24-4096 |

ORDER

AND NOW, this 3rd day of December, 2024, it is hereby ORDERED that:

(1)  the separate motion of defendant Delvepoint, LLC to dismiss plaintiffs' complaint (Doc. #3) is DENIED for the reasons stated in the Memorandum in support of the court's order dated November 26, 2024 denying the consolidated motion of defendants to dismiss, see e.g., Memorandum and Order, Atlas Data Privacy Corp. v. We Inform, LLC, Civil Action No. 24-4037 (D.N.J. filed Nov. 26, 2024), ECF Nos. 31, 32; and

(2)  the court's December 2, 2024 Order under 28 U.S.C. § 1292(b) related to the court's November 26, 2024 Order is equally applicable to this Order. See e.g., Order, Atlas Data Privacy Corp. v. We Inform, LLC, Civil Action No. 24-4037 (D.N.J. filed Dec. 2, 2024), ECF No. 33.

BY THE COURT:

/s/ Harvey Bartle III
J.