**WADE CLARK MULCAHY LLP** | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

March 18, 2025

**Via ECF and E-MAIL:** Chambers_of_Judge_Harvey_Bartle@paed.uscourts.gov

Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106



Re: January 22, 2025 Order Regarding Pre-trial Motions and
The Consolidated Motion to Dismiss under Fed. R. Civ. P. 12(b)(6)

*Atlas Data Privacy Corporation, et al. v. Delvepoint LLC, et al.* bearing Civil Action No. 1:24-cv-04096-HB

Dear Judge Bartle:

We represent defendant Delvepoint, LLC ("Delvepoint") in the Daniel's Law case in the United States District Court for the District of New Jersey assigned to your Honor captioned *Atlas Data Privacy Corporation, et al. v. Delvepoint LLC, et al.* bearing Civil Action No. 1:24-cv-04096-HB. We write pursuant to your January 22, 2025 Order calling for all pre-trial motions to be filed before March 18, 2025.

We write on behalf of Delvepoint to inform the Court that Delvepoint will join in the Defendants' Consolidated Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim, which will be filed on March 18, 2025 in the matter captioned *Atlas Data Privacy Corp., et al. v. DM Group, et al.,* Civil Action No. 1:24-cv-04075-HB.

For the reasons set forth in the Consolidated Motion to Dismiss under Fed R. Civ. P. 12(b)(6) Delvepoint requests that the court grant the Motion and dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.

cc: Rajiv Parikh, Esq.