# EXHIBIT A

ROBERT J. COSGROVE, ESQ.
rcosgrove@wcmlaw.com (E-Mail)
Attorney ID # 005222005
Wade Clark Mulcahy LLP
955 South Springfield Avenue, Suite 100
Springfield, New Jersey 07081
(973) 258-1700
Our File No.: 827.16116

*Attorneys for Defendant Delvepoint, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>PLAINTIFFS,<br><br>vs.<br><br>DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>DEFENDANTS. | Civil Action No. 1:24-cv-04096-HB |

## AFFIDAVIT IN SUPPORT OF DELVEPOINT LLC'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2)

John A. (Tony) Del Vecchio, being duly sworn, deposes and states the following:

1.  My name is John A. (Tony) Del Vecchio and I am the CEO of UTD Group, LLC, the parent company of Delvepoint, LLC ("Delvepoint"). I make this affidavit based on my personal

Page 1 of 3

knowledge and in support of my attorneys' Supplemental Memorandum of Law in Support of the Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

2. UTD Group, LLC is a privately held Florida Limited Liability Company, with its headquarters located at 1709 Hermitage Boulevard Suite 101, Tallahassee, FL 32308.

3. Delvepoint is a privately held Florida Limited Liability Company, with its headquarters located at 1709 Hermitage Boulevard Suite 101, Tallahassee, FL 32308.

4. Delvepoint is not incorporated nor does it have headquarters in New Jersey.

5. Delvepoint does not maintain an office in New Jersey.

6. Delvepoint is not registered to do business in New Jersey.

7. All members of Delvepoint are Florida residents.

8. Delvepoint is a data processing company that contracts with companies to resell their data through Delvepoint's own software.

9. The data Delvepoint sells includes but is not limited to email addresses, phone numbers, property and business locations, licenses, and vehicle registrations.

10. Clients can access the data Delvepoint resells by logging into Delvepoint's website through a service portal from anywhere in the country.

11. Delvepoint does not hold any of the data it resells on local servers, but rather connects users of its website to the data on the servers of the entities whose data it resells.

12. Delvepoint does not target New Jersey to obtain the data it resells, as this data is located on the servers of the entities with whom Delvepoint contracts, which are themselves located around the country.

13. Delvepoint does not target New Jersey to resell the data to which it connects clients, as clients may access Delvepoint's website from anywhere in the country.

14. Delvepoint has not specifically advertised the services of its website to New Jersey residents.

15. Delvepoint received the takedown requests premised on Daniel's Law at its headquarters in Florida.

16. Delvepoint has worked to comply with the takedown requests from its headquarters in Florida.

17. The data accessible through Delvepoint's website includes the addresses and phone numbers of people from all fifty states.

Dated: March 13, 2025

John A. (Tony) Del Vecchio

SWORN TO BEFORE ME THIS 13th DAY OF MARCH 2025





Page 3 of 3