**WADE CLARK MULCAHY LLP** | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

May 14, 2025

**Via ECF and E-MAIL**
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106



Re:   Confidentiality Order Pursuant to the Court's April 2, 2025 Order

   *Atlas Data Privacy Corporation, et al. v. Delvepoint LLC, et al.* bearing Civil Action No. 1:24-cv-04096-HB

Dear Judge Bartle:

We represent defendant Delvepoint, LLC ("Delvepoint") in the Daniel's Law case in the United States District Court for the District of New Jersey assigned to your Honor captioned *Atlas Data Privacy Corporation, et al. v. Delvepoint LLC, et al.* bearing Civil Action No. 1:24-cv-04096-HB. We write pursuant to a to Court's April 2, 2025 Order requiring that Responses to Plaintiffs' Jurisdictional Discovery Requests be served on or before May 14, 2025.

We write on behalf of Delvepoint to inform the Court that Delvepoint will join in seeking a Confidentiality Order, which will be filed May 14, 2025 in the matter *Atlas Data Privacy, et al. v. GoHunt, LLC, et al.* bearing Civil Action No. 1:24-cv-04380-HB (the "Confidentiality Order"). The Confidentiality Order has been filed herein as well, contemporaneously with this cover letter. For the reasons set forth therein, Delvepoint requests that the court enter the Confidentiality Order.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.

cc.   Rajiv Parikh, Esq.