IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : : | NO. 24-4045 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DM GROUP, INC., et al. | : | NO. 24-4075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DELUXE CORP., et al. | : | NO. 24-4080 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DELVEPOINT, LLC, et al. | : | NO. 24-4096 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| QUANTARIUM ALLIANCE, LLC, et al. | : | NO. 24-4098 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| YARDI SYSTEMS, INC. | : | NO. 24-4103 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| DIGITAL SAFETY PRODUCTS, LLC, et al. | : | NO. 24-4141 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| CIVIL DATA RESEARCH, LLC, et al. | : | NO. 24-4143 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SCALABLE COMMERCE, LLC, et al. | : : | NO. 24-4160 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| INNOVIS DATA SOLUTIONS, INC., et al. | : : | NO. 24-4176 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| ACCURATE APPEND, INC., et al. | : | NO. 24-4178 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| ZILLOW, INC., et al. | : : | NO. 24-4256 |

```
ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
EQUIMINE, INC., et al.            :       NO. 24-4261


ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
THOMSON REUTERS CORPORATION,      :       NO. 24-4269
et al.                            :


ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
MELISSA DATA CORP., et al.        :       NO. 24-4292


ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
RESTORATION OF AMERICA,           :       NO. 24-4324
et al.                            :


ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
i360, LLC, et al.                 :       NO. 24-4345
                                  :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| GOHUNT, LLC, et al. | : | NO. 24-4380 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROCKETREACH LLC, et al. | : | NO. 24-4664 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : | NO. 24-4949 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROPERTYRADAR, INC., et al. | : | NO. 24-5600 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE ALESCO GROUP, L.L.C. | : | NO. 24-5656 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SEARCHBUG, INC. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| AMERILIST, INC., et al. | : | NO. 24-5775 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| US DATA CORPORATION, et al. | : | NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : | NO. 24-8451 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
DARKOWL, LLC, et al.            :       NO. 24-10600
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SPY DIALER, INC., et al.        :       NO. 24-11023
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
LIGHTHOUSE LIST COMPANY,        :       NO. 24-11443
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
PEOPLEWHIZ, INC., et al.        :       NO. 25-237
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
FIRST DIRECT, INC., et al.      :       NO. 25-1480
                                :
_____
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
GREENFLIGHT VENTURE CORP.,      :        NO. 25-1517
et al.                          :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
INNOVATIVE WEB SOLUTIONS,       :        NO. 25-1517
LLC, et al.                     :
```

ORDER

AND NOW, this 21st day of May 2025, upon receipt of a letter from counsel for defendants in Atlas Data Privacy Corp. v. DM Group, Inc., 24-cv-4075 (D.N.J. filed Mar. 21, 2024) (Doc. #69), it is hereby ORDERED that:

(1)  Paragraph (3) of the Order of this court dated April 2, 2025 is VACATED to the extent it sets deadlines for defendants to file a consolidated reply brief; and

(2)  Defendants shall file on or before June 3, 2025 any consolidated reply brief in support of defendants' motions to dismiss pursuant to Rule 12(b)(6).  Any such consolidated

9

reply brief shall not exceed 25 pages.

BY THE COURT:

/s/   Harvey Bartle III
                      J.