UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**        **DOCKET NO.:** 24-4096 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DELVEPOINT, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: MOTION HEARING; STATUS CONFERENCE

Hearing on [56] Motion to Dismiss held on the record.
Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:  10:25a.m.   Time Adjourned: 10:30a.m.   Total Time in Court: 0:05