UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: September 12, 2025

**JUDGE HARVEY BARTLE III**

COURT REPORTER: FRANCESCA DI BELLA

TITLE OF CASE:                    DOCKET NO.: 24-4096 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DELVEPOINT, LLC., et al.

APPEARANCES:
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:  10:10a.m.    Time Adjourned: 10:12a.m.    Total Time in Court:  0:02