IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
DELVEPOINT, LLC, et al.        :          NO. 24-4096

---

ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
QUANTARIUM ALLIANCE, LLC, et   :          NO. 24-4098
al.                            :

---

ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
EQUIMINE, INC., et al.         :          NO. 24-4261

---

ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
MELISSA DATA CORP., et al.     :          NO. 24-4292

---

ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION, et al.            :
                               :
          v.                   :
                               :
GOHUNT, LLC, et al.            :          NO. 24-4380

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| BELLES CAMP COMMUNICATIONS, INC., et al. | : | NO. 24-4949 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| SPY DIALER, INC., et al. | : | NO. 24-11023 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| LIGHTHOUSE LIST COMPANY, LLC, et al. | : | NO. 24-11443 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| PEOPLEWHIZ, INC., et al. | : | NO. 25-237 |

```
ATLAS DATA PRIVACY                    :          CIVIL ACTION
CORPORATION, et al.                   :
                                      :
          v.                          :
                                      :
FIRST DIRECT, INC., et al.            :          NO. 25-1480
                                      :
```

```
ATLAS DATA PRIVACY                    :          CIVIL ACTION
CORPORATION, et al.                   :
                                      :
          v.                          :
                                      :
GREENFLIGHT VENTURE CORP., et         :          NO. 25-1517
al.                                   :
```

```
ATLAS DATA PRIVACY                    :          CIVIL ACTION
CORPORATION, et al.                   :
                                      :
          v.                          :
                                      :
INNOVATIVE WEB SOLUTIONS,             :          NO. 25-1535
LLC, et al.                           :
```

### MINUTE ENTRY/REPORT OF STATUS CONFERENCE

On the 25th day of November 2025, a

[X] Status Conference was held.

[ ] Pretrial Conference was held.

[ ] Settlement Conference was held.

[X] Conference not on the record.


TOTAL TIME:  15 minutes

/s/ Claris Park
Claris Park, Law Clerk
to the Hon. Harvey Bartle III