UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DELVEPOINT, LLC, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 1:24-cv-04096-HB <br> : <br> : <br> : <br> : <br> : |

## STIPULATION

**AND NOW**, this 10th day of February 2026, it is hereby stipulated and agreed that Defendant Delvepoint, LLC withdraws its motion to dismiss for lack of personal jurisdiction in the above-captioned lawsuit in the United States District Court for the District of New Jersey.

**WADE CLARK MULCAHY LLP**

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esquire
*Attorney for Defendants*

**PEM LAW LLP**

*/s/ Rajiv D. Parikh*

Rajiv D. Parikh, Esquire
Jessica A. Merejo, Esquire
*Attorneys for Plaintiffs*

**APPROVED BY THE COURT:**

_____
                                    J.

Date: _____