# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | : |
| | : |
| | : |
| Plaintiffs, | : |
| vs. | : Civil Action No. 1:24-cv-04096-HB |
| | : |
| DELVEPOINT, LLC, et al., | : |
| | : |
| Defendants. | : |
| | : |

## **STIPULATION**

**AND NOW**, this 10th day of February 2026, it is hereby stipulated and agreed that Defendant Delvepoint, LLC withdraws its motion to dismiss for lack of personal jurisdiction in the above-captioned lawsuit in the United States District Court for the District of New Jersey.

**WADE CLARK MULCAHY LLP**

*/s/ Robert J. Cosgrove*

_____

Robert J. Cosgrove, Esquire
*Attorney for Defendants*

**PEM LAW LLP**

*/s/ Rajiv D. Parikh*

_____

Rajiv D. Parikh, Esquire
Jessica A. Merejo, Esquire
*Attorneys for Plaintiffs*

### **APPROVED BY THE COURT:**

/s/  Harvey Bartle III
_____
                                                **J.**

Date:  February 11, 2026