UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN : : : : : : : : : | Civil Action No. 24-cv-04096-CCC-ESK  **NOTICE OF APPEARANCE** |
| PLAINTIFFS, : : | |
| vs. : : | |
| DELVEPOINT, LLC, RICHARD ROES 1-10; fictitious names of unknown individuals and and ABC COMPANIES 1--0, fictitious names of unknown entities, : : : : : | |
| DEFENDANTS. : | |

Please enter the appearance of the undersigned as co-counsel of record for DELVEPOINT, LLC, the above-named defendant.

Dated: Springfield, NJ
       April 10, 2026

WADE CLARK MULCAHY LLP

*/s/ Caroline Nelson*

By: Caroline Nelson, Esq.