**WADE CLARK MULCAHY LLP** | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

July 15, 2026

***Via ECF***

Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106



> Re:  **Defendants' Motion for Reconsideration of the Court's
> June 30, 2026 Order**
>
> ***Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, at al.***
> **Civil Action No. 1:24-cv-04096-HB**

Dear Judge Bartle:

We represent defendant Delvepoint, LLC ("Delvepoint") in the above-captioned matter before your Honor in the United States District Court for the District of New Jersey. We write on behalf of Delvepoint to inform the Court that Delvepoint will join in the Defendants' Motion for Reconsideration of the Court's June 30, 2026 Order, which was filed on July 14, 2026, in the matter captioned *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075-HB, attached hereto as **Exhibit A**.

For the reasons set forth in the Defendants' Motion for Reconsideration, Delvepoint respectfully requests that the Court grant the Motion.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.

*/s/ Caroline G. Nelson*

Caroline G. Nelson, Esq.

Florida | Louisiana | New York | New Jersey | Pennsylvania | Texas | England