WADE CLARK MULCAHY LLP | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

August 17, 2026

***Via ECF***
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: *Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, at al.***
**Civil Action No. 1:24-cv-04096-HB**

Dear Judge Bartle:

We represent defendant Delvepoint, LLC ("Delvepoint") in the above-captioned matter before your Honor in the United States District Court for the District of New Jersey. We write on behalf of Delvepoint to join in the defendants' request that the Court stay all Daniel's Law matter before it while the Third Circuit considers whether Daniel's Law is unconstitutional in light of the New Jersey Supreme Court's decision on August 12, 2026. Delvepoint joined in the letter submitted by the defendants in the matter captioned *Atlas Data Privacy Corporation, et al. v. Innovis Data Solutions, Inc.*., Civil Action No. 1:24-cv-04176-HB, on August 14, 2026, attached hereto as **Exhibit A**. For the reasons set forth in the defendants' letter, Delvepoint respectfully requests that the Court stay the Daniel's Law matters, including the deadlines set forth in the Court's July 30, 2026 Order. Thank you for the Court's consideration.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*

Robert J. Cosgrove, Esq.

*/s/ Caroline G. Nelson*

Caroline G. Nelson, Esq.