**WADE CLARK MULCAHY LLP** | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

September 8, 2026

***Via ECF***
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

WCM
ATTORNEYS

**Re: *Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, at al.***
**Civil Action No. 1:24-cv-04096-HB**

Dear Judge Bartle:

Please accept this letter brief, in lieu of a more formal submission, in opposition to Plaintiffs' motion to compel Defendant Delvepoint, LLC ("Delvepoint"), to participate in an ESI conference.

To date, Delvepoint has not refused to participate in an ESI conference. There is no need for an order compelling Delvepoint to participate in a conference that Delvepoint is willing to participate in and that Delvepoint has been attempting to schedule with Plaintiffs. At the time Plaintiffs filed this motion to compel, Delvepoint was in the process of scheduling the ESI conference with Plaintiffs so Plaintiffs' motion to compel came as a surprise to Delvepoint.

Delvepoint proposed that the ESI conference take place on September 2, 2026, a date that Plaintiffs refused to agree to because it "would not leave the parties sufficient time to address the topics discussed at the conference before [the September 10, 2026] deadline." *See* Exhibit A to the Certification of Robert J. Cosgrove ("Cosgrove Cert.") at 2. However, Plaintiffs then moved forward with scheduling ESI conferences with four other federal defendants on September 3, 2026, a date even closer to the September 10, 2026 deadline than the date proposed by Delvepoint. *See* Plaintiffs' Exhibit B to the Parikh Cert. at 3.

Even after Plaintiffs filed this motion to compel, Delvepoint continued to attempt to schedule an ESI conference before the September 10, 2026 deadline. Delvepoint asked if Plaintiffs were available on September 8 or September 9, but Plaintiffs did not respond to Delvepoint's inquiry about scheduling the ESI conference. *See* Exhibit B to the Cosgrove Cert. at 2.

Accordingly, Delvepoint remains willing to schedule and participate in an ESI conference with Plaintiffs. At no point has Delvepoint refused to participate in an ESI conference. If Plaintiffs respond to Delvepoint's scheduling inquiry about the ESI conference, then Delvepoint will participate in the ESI conference with Plaintiffs. Therefore, Delvepoint respectfully requests that this Court issue an order denying Plaintiffs' motion to compel. A proposed order has been filed alongside this opposition.

Thank you for your consideration.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*
____________________________
By: Robert J. Cosgrove, Esq.

*/s/ Caroline G. Nelson*
____________________________
By: Caroline G. Nelson, Esq.