WADE CLARK MULCAHY LLP | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

October 20, 2026

***Via ECF***
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** ***Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, at al.***
**Civil Action No. 1:24-cv-04096-HB**

Dear Judge Bartle:

We represent Delvepoint, LLC ("Delvepoint") in the above-captioned matter. On October 19, 2026, plaintiff Atlas Data Privacy Corporation ("Atlas") filed a motion for leave to amend its complaint. Delvepoint does not oppose Atlas' motion for leave to amend its complaint, but Delvepoint reserves all rights related to Atlas' amended complaint. Accordingly, Delvepoint will not be filing any formal opposition to Atlas' motion for leave to amend its complaint.

Thank you for your consideration.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*
______________________________
By: Robert J. Cosgrove, Esq.

*/s/ Caroline G. Nelson*
______________________________
By: Caroline G. Nelson, Esq.