WADE CLARK MULCAHY LLP | ATTORNEYS

955 S Springfield Avenue, Suite 100 | Springfield | NJ 07081 | 973.258.1700 Phone | 973.258.1708 Fax | www.wcmlaw.com

November 2, 2026

***Via ECF***
Honorable Harvey J. Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** ***Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, at al.***
**Civil Action No. 1:24-cv-04096-HB**

Dear Judge Bartle:

We represent Delvepoint, LLC ("Delvepoint") in the above-captioned matter. Delvepoint respectfully requests that this Court approve a one-week extension for Delvepoint to respond to Plaintiffs' interrogatories and document demands from the Court's original deadline of November 3, 2026. Delvepoint has conferred with Plaintiffs and Plaintiffs have consented to Delvepoint's request for a one-week extension to respond to Plaintiffs' interrogatories and document demands.

Thank you for your consideration.

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/ Robert J. Cosgrove*
____________________________
By: Robert J. Cosgrove, Esq.

*/s/ Caroline G. Nelson*
____________________________
By: Caroline G. Nelson, Esq.