IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELVEPOINT, LLC et al. | : | 24-4096 |

ORDER

AND NOW, this 3rd day of November 2026, it is hereby ORDERED that the letter request of defendant Delvepoint, LLC for an extension of time to respond to plaintiffs' interrogatories and requests for production is GRANTED. Defendant shall serve its responses to interrogatories and requests for production by November 10, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.